NO. 28395

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GEORGE MIYASHIRO, Plaintiff-Appellant, v.
ROEHRIG, ROEHRIG, WILSON & HARA, STANLEY H. ROEHRIG,
Attorney at Law, ALC, GLENN HARA, Attorney at Law,
CAROL MIYASHIRO, TROY MIYASHIRO, TITLE GUARANTY CO., and
DOE DEFENDANTS 1-100, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(Civ. No. 04-1-211)

ORDER DENYING DEFENDANTS-APPELLEES ROEHRIG, ROEHRIG,
WILSON AND HARA, GLENN HARA AND STANLEY H. ROEHRIG'S
MOTION FOR RECONSIDERATION OF OPINION, FILED MARCH 23, 2010
(By: Foley, Presiding Judge, Leonard J., and
Circuit Court Judge Trader, in place of
Nakamura, C.J., and Fujise, J., all recused)

Upon consideration of Defendants-Appellees Roehrig, Roehrig, Wilson and Hara, Glenn Hara and Stanley H. Roehrig's April 5, 2010 motion to reconsider this Court's March 23, 2010 opinion, pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, April 14, 2010.

On the motion:

Peter Van Name Esser
    and
Keith K. Hiraoka
(Roeca, Louie & Hiraoka)
    and
Brian J. De Lima
(Crudele & De Lima)
for Defendants-Appellees
ROEHRIG, ROEHRIG, WILSON
& HARA, GLENN HARA and
STANLEY H. ROEHRIG

Presiding Judge

Associate Judge

Acting Associate Judge